MARY ANN RAYNOR, Respondent, v. WILLETT E. RAYNOR, Appellant.— Motion for reargument granted upon the sole question as to whether the complaint should have been dismissed, and case set down for Thursday, February 16, 1922. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

HARRY ROTHMAN, Respondent, v. MAUJER WET WASH LAUNDRY, INC., Appellant.— Motion granted on payment of taxable costs within twenty days.   If the costs are not so paid the motion is denied, with ten dollars costs.   Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

SARAH SHIFMAN, as Administratrix, etc., of ROSE SHIFMAN, Deceased, Respondent, v. ROBERT T. WHALEN, Appellant.— Motion denied and stay continued for thirty days to permit application to the Court of Appeals.   Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

MAE G. SORENSEN, Respondent, v. FREDERICK F. PROCTOR, Appellant.— Motion denied.   Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

ANNIE W. STEPHENS, Appellant, v. GEORGE W. CRAIGEN COMPANY, Respondent. — Motion denied on condition that appellant pay ten dollars costs within five days, perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted.   Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

ROBERT M. THOMSON, as Executor, etc., of REBECCA M. THOMSON, Deceased, Appellant, v. JOHN G. GASTEIGER and EUGENE H. LAWLOR, Respondents.— Motion denied, with ten dollars costs.   Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

FRANK J. YANNUZZIE and ANTHONY FAGNANO, Appellants, v. THOMAS S. BURKE, Respondent.— Motion granted, with ten dollars costs, on the ground that the appellants have failed to comply with the requirements of rule 12,* and no sufficient excuse for the delay is shown by the affidavit read in opposition.   Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

LORETTO HUGHES WALSH, Respondent, v. RICHARD S. WALSH, Appellant.— Motion denied, with ten dollars costs.   Blackmar, P. J., Jaycox, Manning and Kelby, JJ., concur; Kelly, J., taking no part.

WILLIAM A. HANSON, Appellant, v. HERMAN BRUENIG, Respondent.— Judgment and order of the County Court of Westchester county unanimously affirmed. As the respondent filed no brief, no costs will be granted.   No opinion.   Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

* See App. Div. Rules, 2d Dept. rule 12. — [REP.

† See 41 U. S. Stat. at Large, 461, § 206; Pres. Proc. March 11, 1920, and May 14, 1920, 41 id. 1789, 1793, 1794.   After entry of judgment herein James C. Davis was appointed by President in place of John Barton Payne, resigned, by Proclamations dated March 26, 1921, and effective at noon on March 28, 1921. (42 U. S. Stat. at Large, ——.)   See Railroad Law, § 52, as amd. by Laws of 1915, chap. 281.   Verdict was for $1,000.— [REP.